No. 555. R. H. OSWALD CO., INC. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Walter E. Barton* for petitioner. *Solicitor General Perl-*

man, *Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Morton K. Rothschild* for respondent.

